IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE DUMAS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EARICKA PATTERSON** | : | **NO. 24-5136** |

# O R D E R

**AND NOW**, this 24th day of March, 2025, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF 15), there being no timely filed objections, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED AS MOOT**.

3. There is no basis for the issuance of a certificate of appealability.

**BY THE COURT**:

s/ **WENDY BEETLESTONE**

_____
**WENDY BEETLESTONE, J**.